895 So.2d 524 (2005)
Andrew MANOS, Appellant,
v.
STATE of Florida, Appellee.
No. 5D03-2560.
District Court of Appeal of Florida, Fifth District.
March 1, 2005.
James S. Purdy, Public Defender, and Christopher S. Quarles, Assistant Public Defender, Daytona Beach, for Appellant.
Charles J. Crist, Jr., Attorney General, Tallahassee, and Douglas T. Squire, Assistant Attorney General, Daytona Beach, for Appellee.
PER CURIAM.
AFFIRMED. See San Martin v. State, 717 So.2d 462, 470-471 (Fla.1998); State v. DiGuilio, 491 So.2d 1129, 1139 (Fla.1986); Franklin v. State, 877 So.2d 19 (Fla. 4th DCA 2004).
THOMPSON, ORFINGER and TORPY, JJ., concur.